Arthur De Roche, Respondent, v. James Ridgway, Appellant.— Motion for reargument denied, without costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Edsall W. Drew, Appellant, v. Vernon D. Cass, Respondent.— Motion granted, without costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ. Settle order before Mr. Justice Burr.

John Emrich, Appellant, v. Joseph Serpe and Another, Respondents.— Motion granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Patrick Fanning, Respondent, v. Standard Oil Company of New York, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Abraham Feinstein, Appellant, v. Otto E. Reimer and Jacob Hyman, Respondents.— Motion granted, with costs, unless the appellant perfect his appeal within ten days, in which case the motion is denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Marie Gaebler, as Administratrix of Charles G. Gaebler, Deceased, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Motion denied, without costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Ellen F. Grealish, as Administratrix, etc., Appellant, v. Brooklyn, Queens County and Suburban Railroad Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied; and motion for reargument denied, on the ground that the trial appears to have been conducted on the theory that the decedent was *sui juris* at the time of the accident. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Burr, JJ.

Frank Gross, Respondent, v. Kathairo Chemical Company, Appellant.— Motion denied. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Rosie Heimbinder, Appellant, v. Daniel Sullivan, Respondent.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

John Henry, Respondent, v. Stanley Hod Elevator Company, Appellant.— Motion denied. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Frank M. Ho-Glen, Respondent, v. James Livingston Construction Company, Appellant.— Motion denied on condition that the appellant perfect its appeal forthwith, and put the case at the foot of the present calendar; otherwise motion granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Robert Ingersoll & Brother, Respondent, v. Louis Shapiro, Appellant. — Motion denied and appeal dismissed, with costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.